In the Matter of the Claim of ISAAK WERNER, Appellant, against MAX SLONIMSKY and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from the decision of the State Industrial Board denying his claim for compensation. It is the contention of claimant that on March 4, 1937, while he was operating a pressing machine on his employer's

premises and while closing the machine, that his foot slipped, that his body was shaken and that he felt pain in the chest. At the conclusion of the testimony the referee held that according to the overwhelming weight of the credible evidence claimant did not sustain an accidental injury within the meaning of the Workmen's Compensation Law. The State Industrial Board on review affirmed that ruling. There is evidence to sustain the finding. Decision unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.